Robert P. Goe – State Bar No. 137019
Rafael Garcia-Salgado – State Bar No. 283230
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Ave., Ste. 1200
Irvine, CA 92612
RGoe@goeforlaw.com
RGarcia@goeforlaw.com
Telephone:  (949) 467-3780
Facsimile:   (949) 955-9437

Attorneys for Non-Petitioning Partner Babak (Bobby) Samini,
as sole remaining partner of Samini Cohen Spanos LLP

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>**SAMINI COHEN SPANOS LLP,**<br><br>Alleged Debtor. | Case No. 2:20-bk-10046-NB<br><br>Chapter **7**<br><br>**NON-PETITIONING PARTNER BABAK (BOBBY) SAMINI'S ANSWER TO INVOLUNTARY PETITION FILED AGAINST ALLEGED DEBTOR SAMINI COHEN SPANOS LLP**<br><br>**Status Conference:**<br>Date:            February 18, 2020<br>Time:           11:00 a.m.<br>Courtroom:   1545<br>                      255 E. Temple St.<br>                      Los Angeles, CA 90012 |

   Pursuant to Rule 1011(a) of the Federal Rules of Bankruptcy Procedure, Babak (Bobby) Samini  ("Samini"), a non-petitioning partner and sole remaining partner in the above captioned involuntary petition of Samini Cohen Spanos, LLP ("Alleged Debtor") filed by petitioning partners    Cynthia Cohen ("Cohen") and Theodore Spanos ("Spanos")(collectively "Petitioning Partners")[Docket No. 1], hereby responds as follows:

///

# I.

# ANSWER

1. As to the allegations in paragraph 11 of the Involuntary Petition, Samini admits each Petitioning Partner is eligible to file this petition under 11 U.S.C. § 303(b), and that the Alleged Debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). Samini denies the Alleged Debtor is generally not paying its debts as they become due.

2. Samini denies that the relief requested as set forth in Part 4 of the Involuntary Petition should be granted.

3. Samini denies the allegations set forth in any other portions of the Involuntary Petition to which a response may be required.

# II.

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

No order for relief can be entered against the Alleged Debtor because the Involuntary Petition was filed for an improper purpose.

## SECOND AFFIRMATIVE DEFENSE

No order for relief can be entered against the Alleged Debtor because the Involuntary Petition was filed in bad faith.

## THIRD AFFIRMATIVE DEFENSE

No order for relief can be entered as pursuant to Section 303(h)(1), the Alleged Debtor is generally paying its debts as such debts become due unless such debts are the subject of a bona fide dispute as to liability or amount.

## FOURTH AFFIRMATIVE DEFENSE

Pursuant to Bankruptcy Code § 305(a)(1), the case must be dismissed as the interests of creditors and Alleged Debtor would be better served by a dismissal of all proceedings in this involuntary case.

///

### FIFTH AFFIRMATIVE DEFENSE

Samini reserves the right to amend this Answer to add additional Affirmative Defenses.

### III.
### COUNTERCLAIM

Samini, as the sole remaining partner on behalf of Alleged Debtor, hereby claims its right under Section 303(i) of the Bankruptcy Code to recover all costs, attorney's fees and, in the event of dismissal of the case or a finding of bad faith on behalf of the Petitioning Creditors, all actual and proximate damages caused by this involuntary case, as well as appropriate punitive damages.

### IV.
### PRAYER

WHEREFORE, Samini respectfully requests that this Court: (i) deny the relief sought in the Involuntary Petition and dismiss the Involuntary Petition as being filed in bad faith; (ii) schedule a hearing to determine the amount of costs, attorneys' fees, damages and punitive damages to be awarded in favor of the Alleged Debtor and to be paid by the Petitioning Creditors pursuant to Section 303(i); and (iii) grant such other and further relief as the Court deems just and proper.

Dated: January 24, 2020                Respectfully submitted by:

**GOE FORSYTHE & HODGES LLP**


By: /s/Robert P. Goe
    Robert P. Goe
    Attorneys for non-Petitioning Partner
    Babak (Bobby) Samini, as sole
    remaining partner of Samini Cohen
    Spanos LLP

3

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NON-PETITIONING PARTNER BABAK (BOBBY) SAMINI'S ANSWER TO INVOLUNTARY PETITION FILED AGAINST ALLEGED DEBTOR SAMINI COHEN SPANOS LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 24, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael W Davis**     mdavis@bg.law, ecf@bg.law
- **Howard M Ehrenberg (TR)**     ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- **Rafael R Garcia-Salgado**     rgarcia@goeforlaw.com, kmurphy@goeforlaw.com
- **Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Steven T Gubner**     sgubner@bg.law, ecf@bg.law
- **Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 24, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   **Samini Cohen Spanos LLP**
   333 S Hope St., Ste. 4025
   Los Angeles, CA 90071

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 24, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Neil Bason, USBC, 255 East Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 24, 2020 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |